UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | No: |
| | : | |
| v. | : | (Judge         ) |
| | : | |
| **RICHARD J. GROFF,** | : | |
| Defendant | : | |

# INFORMATION

THE UNITED STATES ATTORNEY CHARGES:

## COUNT 1
## 18 U.S.C. § 641
(Theft of Government Money, Property, or Records)

From on or about March 24, 2018, in the Middle District of Pennsylvania, the defendant,

## RICHARD J. GROFF,

willfully and knowingly did embezzle, steal, purloin, and knowingly convert to his use approximately $672.48 from the U.S. Railroad Retirement Board, of the goods and property of the United States.

All in violation of 18 U.S.C. § 641.

GERARD M. KARAM
United States Attorney

Date: 2/15/2023

By: *[signature]*

RAVI ROMEL SHARMA
Assistant United States Attorney